**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:                                                            Case No. 19-01905-CCJ

Nizar B. Hmadi                                                   Chapter: 13

        Debtor (s).

_____/

**OBJECTION TO CLAIM NO. 3 OF ALLY BANK**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

      Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

      If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, Wayne B. Spivak, Esq., Attorneys Justin Clark & Associates, PLLC, 500 Winderley Place, Unit 100, Maitland, FL 32751, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

      If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

      COMES NOW the Debtor, NIZAR B HMADI, by and through their undersigned Counsel, hereby files this Objection to Claim No. 3 filed by Ally Bank, and in support thereof would state as follows:

      1.     Creditor has filed secured Claim No. 3 in this case in the amount of $9,041.24.

2.      The Debtor objects to Claim 3 filed by Ally Bank on the basis that it is for a 2011 BMW that has been repossessed and should have been filed as an unsecured claim, not a secured claim.

WHEREFORE, Debtor requests an order sustaining this objection and disallowing Claim No. 3 unless it is amended to an unsecured claim.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Objection to Claim have been furnished by underlined certified mail to Ally Bank, c/o Officer, Manager or Registered Agent, PO Box 130424, Roseville, MN  55113, and Ally Bank, c/o Claudia Sibri (individual who filed the claim), 4000 Lexington Ave N Ste 100, Shoreview, MN 55126, and by regular U.S. Mail or electronically via ECF to Trustee Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790; United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801; and to Debtor Nizar B Hmadi, 3013 Catherine Wheel Court, Orlando, FL 32822, this 1st day of May, 2019.

By: /s/ Wayne B. Spivak
Wayne B. Spivak, Esq.
Florida Bar No. 38191
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: wspivak@youhavepower.com